■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN FREEMAN, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 4, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Fein, Kassal and Ellerin, JJ.

■ TIMOTHY PAMLAYNE, Appellant, v RONALD ZWEIBEL et al., Respondents.—Judgment, Supreme Court, New York County (Leonard Cohen, J.), entered on June 28, 1985, unanimously affirmed for the reasons stated by Leonard Cohen, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Fein, Milonas, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZQUIEL MARMAJELES, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on March 18, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Milonas, Rosenberger and Ellerin, JJ.

■ CHRISTOPHER v ST. VINCENT'S HOSPITAL AND MEDICAL CENTER OF NEW YORK.—Motion, insofar as it seeks reargument denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur—Murphy, P. J., Sandler, Lynch, Kassal and Wallach, JJ.